474 A.2d 689

Commonwealth v. Hagler, Appellant.

Argued December 7, 1983. James P. McEvilly, Jr., for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence affirmed.